**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Peter John Grzeskowiak, Civil No. 00-1997 RHK/AJB

Plaintiff,

v. **ORDER TO SHOW CAUSE**

Keith Mills,

Defendant.

This action has been commenced pursuant to 42 U.S.C. § 1983 as a complaint for violation of plaintiff's civil rights. It has been referred to the undersigned United States Magistrate Judge for report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1. The matter is now before the Court on defendant's motion for to dismiss pursuant to Fed. R. Civ. P. 12 and/or motion for summary judgment pursuant to Fed. R. Civ. P. 56. The motion and supporting memorandum, filed with the Court on October 18, 2000, and served on plaintiff by mail on October 16, 2000, allege that plaintiff's complaint fails to state a claim upon which relief can be granted and that defendant is entitled to judgment of dismissal as a matter of law.

Plaintiff is herein provided opportunity to timely respond to the arguments contained in defendants' motion for dismissal and/or summary judgment and memorandum, and thereby show cause why the complaint should not be dismissed. Failure to so respond to this Order will result in the Court's consideration of the motion without argument from the plaintiff and may result in a recommendation of dismissal of plaintiff's claims against defendant in this case.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS**

FILED OCT 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**HEREBY ORDERED** that plaintiff shall file and serve a response to the arguments contained in defendant's motion and memorandum on or before November 15, 2000, showing cause why defendant's motion to dismiss the action should not be granted. Failure by plaintiff to so respond to this Order will result in a consideration without argument from plaintiff and may result in recommendation of dismissal of plaintiff's claims against defendants.

**There will be no hearing or oral argument on the motion for dismissal and/or summary judgment.** The motion will be decided on the basis of written argument, along with the affidavits, exhibits, and the entire record that is before Court.

Dated: 10/18/00

Arthur J. Boylan
United States Magistrate Judge