**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Peter John Grzeskowiak,

Civil No. 00-1997 RHK/AJB

Plaintiff,

v.

**ORDER ON PETITIONER'S MOTION FOR RECUSAL OF MAGISTRATE JUDGE**

Keith Mills,

Defendant.

Petitioner has filed a complaint for violation of civil rights under 42 U.S.C. § 1983 asserting improper denial of travel privileges by his parole officer. He now moves for removal, requesting that United States Magistrate Judge Arthur J. Boylan and United States District Court Judge Richard H. Kyle each respectively remove themselves as referred and assigned judges in this action.

The motion in this matter is based upon petitioner's allegation of bias as evidenced by unfavorable rulings in previously U.S. District Court actions filed by petitioner. Petitioner cites Minnesota Rule of Civil Procedure 63.03, providing for one-time removal of a state court judge as a matter of right, as the basis for his removal request.

Minnesota Rule 63.03 is effective in Minnesota state court actions only and has no application in this federal case. Whether the motion is reviewed pursuant to 28 U.S.C. § 144, relating to prejudice or bias of the assigned federal judge, or pursuant 28 U.S.C. § 455, stating justifications for disqualification of a justice, judge, or magistrate, the asserted prejudice or bias must be personal, or extrajudicial, rather than official. Liteky v. United States, 114 S.Ct. 1147, 1154 (1994). Petitioner cites no extrajudicial justification whatsoever for disqualification or

FILED OCT 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

recusal in this instance, and upon self-examination for personal bias, requiring disqualification pursuant to 28 U.S.C. § 455, the Court finds no basis for recusal. See Lunde v. Helms, 29 F.3d 367, 370-71 (8th Cir. 1994). The motion for recusal of the district court judge is reasoned solely upon perceived bias or prejudice arising out of official judicial actions. Upon review of the motion and supporting documents, the Court finds no evidence that would arguably support an allegation of bias or prejudice on the part of the Court, apart from the official actions relating to previous U.S. District Court matters.

The motion is **denied** [Docket No. 4]. With respect to motion for recusal of the assigned judge, the decision is **deferred to U.S. District Court Judge Richard H. Kyle** for consideration.

Dated: 10/18/00

Arthur J. Boylan
United States Magistrate Judge