**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Peter John Grzeskowiak, Civil No. 00-1997 RHK/AJB

Plaintiff,

v.

Keith Mills,

Defendant.

**ORDER ON PETITIONER'S MOTION FOR RECUSAL OF DISTRICT JUDGE**

Petitioner has filed a complaint for violation of civil rights under 42 U.S.C. § 1983 asserting improper denial of travel privileges by his parole officer. He has filed a notice and motion to remove, requesting that United States Magistrate Judge Arthur J. Boylan and United States District Court Judge Richard H. Kyle remove themselves as judges in this action.

Petitioner alleges bias as evidenced by unfavorable rulings in previously U.S. District Court actions filed by petitioner. Petitioner cites Minnesota Rule of Civil Procedure 63.03, providing for one-time removal of a state court judge as a matter of right, as the basis for his removal request.

Minnesota Rule 63.03 is effective in Minnesota state court actions only and has no application in this federal case. Whether the motion is reviewed pursuant to 28 U.S.C. § 144, relating to prejudice or bias of the assigned federal judge, or pursuant 28 U.S.C. § 455, stating justifications for disqualification of a justice, judge, or magistrate, the asserted prejudice or bias must be personal, or extrajudicial, rather than official. Liteky v. United States, 114 S.Ct. 1147, 1154 (1994). Petitioner cites no extrajudicial justification whatsoever for disqualification or recusal in this instance, and upon self-examination for personal bias, requiring disqualification

FILED OCT 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

pursuant to 28 U.S.C. § 455, the Court finds no basis for recusal. See Lunde v. Helms, 29 F.3d 367, 370-71 (8th Cir. 1994). The motion for recusal of the district court judge is reasoned solely upon perceived bias or prejudice arising out of official judicial actions. Upon review of the motion and supporting documents, the Court finds no evidence that would arguably support an allegation of bias or prejudice on the part of the Court, apart from the official actions relating to previous U.S. District Court matters. The motion for removal of the District Court Judge is **denied** [Docket No. 4].

Dated: 10/20/00

Richard H. Kyle
United States Magistrate Judge