**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Peter John Grzeskowiak,

Plaintiff,

v.

Keith Mills,

Defendant.

Civil No. 00-1997 RHK/AJB

**SECOND ORDER TO SHOW CAUSE**

This action has been commenced pursuant to 42 U.S.C. § 1983 as a complaint for violation of plaintiff's civil rights. It has been referred to the undersigned United States Magistrate Judge for report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1. Defendant has moved for dismissal pursuant to Fed. R. Civ. P. 12 and/or summary judgment pursuant to Fed. R. Civ. P. 56. Defendant submitted a Affidavit of Service indicating the motion had been properly served by mail to the address provided by plaintiff and specified in the summons. The Court thereafter issued an Order to Show Cause, therein granting plaintiff an opportunity to respond to the motion to dismiss before November 15, 2000. Plaintiff now asserts that he had not received the motion as of November 9, 2000, and he further provides a new address.

Based upon plaintiff's representation to the Court, **IT IS HEREBY ORDERED** that defendant shall re-serve his motion on plaintiff by first class mail to the address provided to the Court, 15750 Co. Rd. 15, Warsaw, ND 58261. The service by mail shall be deemed accomplished upon filing of an affidavit of service indicated that the mailing was postmarked on or before December 7, 2000. Plaintiff shall thereafter have until January 5, 2001, to file and

FILED NOV 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

serve a response to the arguments contained in the defendant's motion and memorandum. showing cause why defendant's motion to dismiss should not be granted. Failure to so respond to this Order will result in the Court's consideration of the motion without argument from the plaintiff and may result in a recommendation of dismissal of plaintiff's claims against defendant in this case.

**There will be no hearing or oral argument on the motion for dismissal and/or summary judgment.** The motion will be decided on the basis of written argument, along with the affidavits, exhibits, and the entire record that is before Court.

Dated: 11/28/00

Arthur J. Boylan
United States Magistrate Judge