# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Peter John Grzeskowiak

Plaintiff

v.

Keith Mills, Parole Officer

Defendants

Case No. Civil 00-1997 RHK/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections are overruled. The Report and Recommendation is adopted. Defendant's motion to dismiss and/or motion for summary judgment is granted. The complaint is dismissed with prejudice.

DATE: February 21, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk